MAY 31, 1988

No. 85–1429.   AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO. v. MILLER ET VIR.   Appeal from Sup. Ct. Miss. dismissed for want of substantial federal question.   JUSTICE O'CONNOR, JUSTICE SCALIA, and JUSTICE KENNEDY would dismiss the appeal with respect to Question 1 for want of a substantial federal

question; with respect to Question 2, they would dismiss the appeal for want of a properly presented federal question. JUSTICE STEVENS took no part in the consideration or decision of this case.